| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:10CR02213-001MV |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00215-RFB-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Belin | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | |
| | Martha Vazquez, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/20/2023 — TO 06/19/2028 |

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
JULY 22 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**OFFENSE**
18 U.S.C. Sec.113(a)(1); Assault with Intent to Commit Murder, Crime in Indian Country, 18 U.S.C. Sec. 1153
18 U.S.C. Sec.113(a)(3); Assault with a Dangerous Weapon, Crime in Indian Country, 18 U.S.C. Sec. 1153
18 U.S.C. Sec.113(a)(6); Assault Resulting in Serious Bodily Injury, Crime in Indian Country, 18 U.S.C. Sec. 1153
18 U.S.C. Sec. 924(c)(1)(A)(iii); Use of a Firearm During and in Relation to a Crime of Violence

JUSTIFICATION/REASON FOR TRANSFER *(e.g., prosocial ties, employment/education opportunities, violation of supervision)*
The defendant commenced his term of supervision in District of Nevada, and they are requesting Transfer of Jurisdiction from the District of New Mexico to their District in order to monitor the defendant's supervision more efficiently and effectively.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-18-25
Date

/s/ M. Vazquez
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/19/2025
*Effective Date*

/s/
United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: William Belin

Case No.:  TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

July 22, 2025

TO:    U.S. District Judge:

On November 3, 2011 William Belin was sentenced to 180 months as to Count 1; 120 months each as to Counts 2 and 3, to be run concurrent to the sentence imposed in Count 1; 120 months as to Count 4, to be run consecutive to the sentence imposed in Count 1, for a total term of 300 months custody for committing the offenses of Assault with Intent to Commit Murder, Crime in Indian Country, Assault with a Dangerous Weapon, Crime in Indian Country, Assault Resulting in Serious Bodily Injury, Crime in Indian Country, and Use of a Firearm During and in Relation to a Crime of Violence in District of New Mexico case 10CR02213-001MV.

On June 7, 2023, the Court filed an Amended Judgment in a Criminal Case- Reason: Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S C. 93582(c)(l)) in which Belin was sentenced to time served followed by five (5) years of supervised release.

On June 20, 2023, his five-year term of supervised release commenced in District of New Mexico. On December 19, 2023, Belin's supervision was transferred to the District of Nevada in order for him to reside with his wife who is employed here. His supervision is scheduled to expire on June 19, 2028.

On June 24, 2025, the undersigned officer sent a request for transfer of jurisdiction to the District of New Mexico.

On July 18, 2025, the Honorable Martha Vazquez initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Belin's case. The Honorable Martha Vazquez has agreed to relinquish jurisdiction as evident by her signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: William Belin

Respectfully submitted,

Digitally signed by Nickie Pipilakis
Date: 2025.07.22 12:39:12 -07'00'

Nickie Pipilakis
Senior United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2025.07.22 12:35:16 -07'00'

Donnette Johnson
Supervisory United States Probation Officer